# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

Case No.: 04-20237 D

**REGINALD MCWILLIAMS,**

    Defendant.

## ORDER

It appearing to the Court that the Federal Bureau of Prisons, Federal Medical Center request for an extension of time in which to complete the examination of the above-named defendant is well-taken,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Federal Medical Center is granted an extension of 45 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation.

**IT IS SO ORDERED** this _17th_ day of _May_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-20-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20237 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT