

UNITED STATES GOVERNMENT
## Federal Bureau of Prisons
*Federal Medical Center*
*3301 Leestown Road*
Lexington, Kentucky 40511-8799

May 10, 2005

The Honorable Bernice B. Donald.
United States District Judge
Western District of Tennessee, Memphis Division
Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Re:   McWILLIAMS, Reginald
      Case No. 04-20237D
      Reg. No. 19739-076

Dear Judge Donald:

Your court order, dated April 4, 2005, committed Reginald McWilliams to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241, to determine his competence to stand trial. Mr. McWilliams arrived at the Federal Medical Center (FMC) Lexington, Kentucky on April 28, 2005. Due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us 45 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation. Under such a time frame, the evaluation would be completed by June 13, 2005, and a report would be available to the Court by July 1, 2005.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Joe W. Booker, Jr.
Warden

**MOTION GRANTED**
DATE: May 23, 2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20237 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT