FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 AUG 12 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**REGINALD MCWILLIAMS,**

    Defendant.

Case No. 04-20237 D

## ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Jon P. McCalla. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 04-20237 D to 04-20237 MI.

IT IS SO ORDERED this 12th day of August 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 8-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20237 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT