IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 10/7/05
TIME: 3:35 PM
INITIALS: JPW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       Cr. No.: 04-20237-M1

REGINALD McWILLIAMS,

    Defendant.

## ORDER

It appearing to the Court, from statements of counsel for the United States and counsel for the Defendant, Mr. Reginald McWilliams, and from matters contained in the record of this cause, that the recommendation of the Federal Medical Center at Lexington, Ky. is acceptable to both parties.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant, Mr. Reginald McWilliams, is hereby commanded to the custody of the United States Marshall's office for purposes of transfer to the Federal Medical Center at Lexington, Ky. ,or other such suitable institution, where the Defendant is to undergo appropriate medical treatment aimed at restoring his competency to stand trial. Said period of treatment not to exceed four (4) months.

**IT IS SO ORDERED.**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-11-05



_____
Jon P. McCalla
JUDGE
UNITED STATES DISTRICT COURT

Oct. 7, 2005
_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20237 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT