IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 13 PM 12: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 04-20237-Ml |
| REGINALD McWILLIAMS ) | |
| Defendant(s) ) | |

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

This cause was set for a Status Report on Friday, October 7, 2005 at 9:30 a.m. to discuss the defendant's mental competency and how to proceed in this case. Pursuant to 18 U.S.C. § 4241(d), the parties jointly requested a continuance to allow the defendant to be transferred to a Federal Medical Facility for medical treatment aimed at restoring his competency to stand trial.

The Court granted the request and continued the matter for Status Report to Friday, March 24, 2006 at 9:00 a.m. with a trial date of Monday, April 3, 2006.

The period from October 14, 2005 through April 14, 2006 is excludable under 18 U.S.C. § 3161(h)(1)(H) to allow the defendant to be transported for medical treatment.

**IT IS SO ORDERED** this the 12 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-13-06



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CR-20237 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT