

# U. S. Department of Justice

### Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

November 17, 2005

The Honorable Jon Phipps McCalla
907 Clifford Davis Federal Building
167 North Main Street
Memphis, Tennessee 38103

NOV 18 2005

RE: McWilliams, Reginald
    Register Number:   19739-076
    Docket Number:     04-20237-ML

Dear Judge McCalla:

The above-referenced individual was admitted to the Mental Health Unit of this facility on October 26, 2005, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. McWilliams, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on February 22, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

(GRANTED)/DENIED (Circle One)
Signature: _____       DATE: Nov. 18, 2005
            District Judge Jon Phipps McCalla

cc: Rae Oliver, Assistant United States Attorney
    Steffen Schreiner, Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-21-05

68

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20237 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT